**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF IOWA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mark**<br>First name<br><br>**Henry**<br>Middle name<br><br>**Shelton**<br>Last name and Suffix (Sr., Jr., II, III) | **Gail**<br>First name<br><br>**Ann**<br>Middle name<br><br>**Shelton**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8650 | xxx-xx-0733 |

| Debtor 1 | **Mark Henry Shelton** | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.    Where you live**

| About Debtor 1 | About Debtor 2 |
|---|---|
| **2155 Johnson-Washington Road**<br>**Kalona, IA 52247**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code |
| **Washington**<br>County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11.** **Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**Mark Shelton Independant Consultant**
Name of business, if any

**2155 Johnson-Washington Road**
**Kalona, IA 52247**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* |

| | |
|---|---|
| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

| **16.** | **What kind of debts do you have?** | **16a.** | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|
| | | | ■ No. Go to line 16b. |
| | | | ☐ Yes. Go to line 17. |
| | | **16b.** | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | | ☐ No. Go to line 16c. |
| | | | ■ Yes. Go to line 17. |
| | | **16c.** | State the type of debts you owe that are not consumer debts or business debts |

| **17.** | **Are you filing under Chapter 7?** | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|
| | **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | | ■ No |
| | | | ☐ Yes |

| **18.** | **How many Creditors do you estimate that you owe?** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| **19.** | **How much do you estimate your assets to be worth?** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **20.** | **How much do you estimate your liabilities to be?** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Mark Henry Shelton** | **/s/ Gail Ann Shelton** |
|---|---|
| **Mark Henry Shelton** | **Gail Ann Shelton** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **November  8, 2024** | Executed on **November  8, 2024** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Ronald C. Martin**                          Date   **November  8, 2024**
Signature of Attorney for Debtor                         MM / DD / YYYY

**Ronald C. Martin AT0005050**
Printed name

**Day Rettig Martin, P.C.**
Firm name

**PO Box 2877**
**Cedar Rapids, IA 52406-2877**
Number, Street, City, State & ZIP Code

Contact phone   **(319) 365-0437**          Email address   **ronm@drpjlaw.com**

**AT0005050 IA**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................ | $ 760,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................. | $ 70,492.91 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................... | $ 830,492.91 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 223,546.52 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 64,438.95 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 4,135,702.14 |
| **Your total liabilities** | $ 4,423,687.61 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................... | $ 8,622.33 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $ 6,765.88 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |
| | | Case number *(if known)* |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Mark Henry Shelton** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | **Gail Ann Shelton** | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA | |
| Case number | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                                                        12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**2155 Johnson-Washington Rd**
Street address, if available, or other description

**Kalona          IA     52247-0000**
City                State     ZIP Code

**Washington**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$760,000.00** | **$760,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................=>**

| **$760,000.00** |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* _____ |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **F150** | ☐ Debtor 1 only | |
| | Year: | **2010** | ☐ Debtor 2 only | |
| | Approximate mileage: | **173,000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | fair condition, some rust | | ☐ **Check if this is community property** (see instructions) | **$8,000.00** / **$8,000.00** |

| 3.2 | Make: | **GMC** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Terrain** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | |
| | Approximate mileage: | **85940** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | fair condition, front end damage | | ☐ **Check if this is community property** (see instructions) | **$12,000.00** / **$12,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Mission** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Tilt Trailer** | ☐ Debtor 1 only | |
| | Year: | **2022** | ☐ Debtor 2 only | |
| | | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ **Check if this is community property** (see instructions) | **$5,000.00** / **$5,000.00** |

| 4.2 | Make: | **Alum** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Box Trailer** | ☐ Debtor 1 only | |
| | Year: | **2010** | ☐ Debtor 2 only | |
| | | | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ **Check if this is community property** (see instructions) | **$3,000.00** / **$3,000.00** |

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here............................................................=>**  |  **$28,000.00**

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* |

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Item | Value |
|---|---|
| Dishwasher | $25.00 |
| Upright Piano and Bench | $200.00 |
| Bird Cage | $20.00 |
| 2010 John Deere Z930A Mower- needs work | $1,000.00 |
| 2011 John Deere Gator - fair condition | $5,000.00 |
| Small Dining and End Tables | $200.00 |
| Large Dining Room Table w Leaf Inserts and 10 Dining Chairs | $400.00 |
| Two (2) China Cabinets | $200.00 |
| Eighteen (18) Misc. Lamps | $200.00 |
| Misc. Furniture - desks, couches, chairs, wall hangings | $1,800.00 |
| Glass Insert China Cabinet | $200.00 |
| Five (5) Area Rugs | $150.00 |
| Misc. Holiday Decor | $200.00 |
| Misc. Wall Art and Decor | $400.00 |
| Wooden Church Pew | $150.00 |
| Misc. Small Kitchen Appliance (toaster, coffeepot, etc.) | $100.00 |
| Whirlpool Refrigerator | $250.00 |
| Stove/Oven | $150.00 |
| Washer and Dryer | $350.00 |

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number *(if known)* _____

| | |
|---|---|
| Misc. Dishes, Bakeware, Cookware | $400.00 |
| Misc. Antique Items - stroller, changing table, lamp, ironing board | $400.00 |
| Misc. Sewing and Craft Supplies | $500.00 |
| Four (4) Bedroom Furniture Sets | $800.00 |
| Childrens Toys and Collectibles | $600.00 |
| Refrigerator and Deep Freezer (older) | $150.00 |
| Exercise Bike and Stepper | $200.00 |
| Grill | $50.00 |
| Misc. Lawn Furniture | $200.00 |
| Misc. Lawn Ornaments | $750.00 |
| Misc. Hand Tools and Accessories | $1,500.00 |
| Table Saw | $300.00 |
| Mitre Saw | $250.00 |
| Air Compressor, Bench Grinders, Drill Press | $600.00 |
| Misc. Tool Boxes | $500.00 |
| String Trimmers and Chainsaws | $200.00 |
| Three (3) Ladders | $150.00 |
| Barn Office Furnishings (couch, chairs, desk, TV, decor) | $2,500.00 |
| Barn Refrigerator (old) | $50.00 |
| Two (2) Gun Safes | $2,000.00 |

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**                                    Case number *(if known)* _____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No
   ■ Yes. Describe.....

| Two (2) TVs, Laptop (very old), Bose Sound Bar, Fans | $400.00 |
|---|---|

| Desktop Computer w Printer (older) | $50.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ☐ No
   ■ Yes. Describe.....

| Civil War Collectible Prints | $300.00 |
|---|---|

| Antique Sewing Machine | $200.00 |
|---|---|

| Eight (8) Antique Display Model Guns (nonfunctioning) | $1,600.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No
   ■ Yes. Describe.....

| Acoustic Guitar | $75.00 |
|---|---|

| Golf Clubs and Accessories | $100.00 |
|---|---|

| Hunting/Outdoor Wear | $200.00 |
|---|---|

| Bicycle | $20.00 |
|---|---|

| Hunting Accessories | $500.00 |
|---|---|

| Crossbow and Accessories | $250.00 |
|---|---|

| Fishing Supplies | $100.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ■ Yes. Describe.....

| Browning Citori Skeet | $1,000.00 |
|---|---|

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* |

| Barret MRAD 6.5 Creedmore | $1,000.00 |
|---|---|

| Firearm Reloading Supplies and Accessories | $2,000.00 |
|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Womens Clothing | $400.00 |
|---|---|

| Mens Clothing | $400.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| Misc. jewelry - bracelets, earrings, necklaces | $600.00 |
|---|---|

| Womens Diamond Wedding Ring and Wedding Band | $1,200.00 |
|---|---|

| Womens Engagement Ring | $600.00 |
|---|---|

| Mens Wedding band | $600.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| Glass Fishtank and Fish | $50.00 |
|---|---|

| 3 Dogs | Unknown |
|---|---|

| Dog Accessories and Training Supplies | $200.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| CPAP Machine - very old, being replaced in 2025 by insurance. | Unknown |
|---|---|

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| $34,940.00 |
|---|

**Part 4:   Describe Your Financial Assets**

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................................

|  |  |
|---|---|
| Cash | $426.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................

Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking Acct 7156** | **Greenstate Credit Union** | $1,050.25 |
| 17.2. | **Savings Acct 0001** | **GreenState Credit Union** | $5.00 |
| 17.3. | **Checking Acct 3867** | **CBI Bank and Trust - Kalona** | $186.06 |
| 17.4. | **Savings Acct 0000** | **Corda Credit Union** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them....................

Name of entity:                                     % of ownership:

| | % of ownership: | | |
|---|---|---|---|
| **GMS & D Properties, LLC - in process of dissolving.** | **70** | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.

Type of account:                Institution name:

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |
| | | Case number *(if known)* _____ |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

■ Yes. .....................      Institution name or individual:

| **Credit on Account** | **Home Gas, Inc.** | $776.29 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

■ Yes.  Give specific information about them...

| **Mark Henry Shelton NFA Gun Trust** | $2,670.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

☐ No

■ Yes.  Give specific information..

| **Final Paycheck from Strategic Print Solutions, Inc.** | $1,994.87 |

| **Final Paycheck from Strategic Print Solutions, Inc.** | $244.44 |

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Banner Life Insurance Company - Term Policy** | **Gail Shelton** | **$0.00** |
| **Banner Life Insurance Company - Term Policy** | **Mark Shelton** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes. Describe each claim.........

| Potential Cause of Action against Alliance Funding Group | **Unknown** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| **$7,352.91** |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☐ No

■ Yes. Give specific information.........

| **Two (2) Scaffolding Sections** | $200.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | $200.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ......................................................................................................... $760,000.00

56. **Part 2: Total vehicles, line 5**   $28,000.00

57. **Part 3: Total personal and household items, line 15**   $34,940.00

58. **Part 4: Total financial assets, line 36**   $7,352.91

59. **Part 5: Total business-related property, line 45**   $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61. **Part 7: Total other property not listed, line 54**   +   $200.00

62. **Total personal property.** Add lines 56 through 61...   $70,492.91   Copy personal property total   $70,492.91

63. **Total of all property on Schedule A/B**. Add line 55 + line 62   $830,492.91

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark Henry Shelton** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gail Ann Shelton** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2155 Johnson-Washington Rd Kalona, IA 52247  Washington County**<br>Line from *Schedule A/B*: **1.1** | $760,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code  §§ 561.2, 561.16, 499A.18** |
| **2010 Ford F150 173,000 miles fair condition, some rust**<br>Line from *Schedule A/B*: **3.1** | $8,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **2010 Ford F150 173,000 miles fair condition, some rust**<br>Line from *Schedule A/B*: **3.1** | $8,000.00 | ■ $282.69<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **2017 GMC Terrain 85940 miles fair condition, front end damage**<br>Line from *Schedule A/B*: **3.2** | $12,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(9)** |
| **Dishwasher**<br>Line from *Schedule A/B*: **6.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**                                          Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Upright Piano and Bench**<br>Line from *Schedule A/B*: **6.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Bird Cage**<br>Line from *Schedule A/B*: **6.3** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Small Dining and End Tables**<br>Line from *Schedule A/B*: **6.6** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Large Dining Room Table w Leaf Inserts and 10 Dining Chairs**<br>Line from *Schedule A/B*: **6.7** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Two (2) China Cabinets**<br>Line from *Schedule A/B*: **6.8** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Eighteen (18) Misc. Lamps**<br>Line from *Schedule A/B*: **6.9** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Furniture - desks, couches, chairs, wall hangings**<br>Line from *Schedule A/B*: **6.10** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Glass Insert China Cabinet**<br>Line from *Schedule A/B*: **6.11** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Five (5) Area Rugs**<br>Line from *Schedule A/B*: **6.12** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Holiday Decor**<br>Line from *Schedule A/B*: **6.13** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Wall Art and Decor**<br>Line from *Schedule A/B*: **6.14** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number (if known) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wooden Church Pew**<br>Line from *Schedule A/B*: **6.15** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Small Kitchen Appliance (toaster, coffeepot, etc.)**<br>Line from *Schedule A/B*: **6.16** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Whirlpool Refrigerator**<br>Line from *Schedule A/B*: **6.17** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Stove/Oven**<br>Line from *Schedule A/B*: **6.18** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Washer and Dryer**<br>Line from *Schedule A/B*: **6.19** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Dishes, Bakeware, Cookware**<br>Line from *Schedule A/B*: **6.20** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Antique Items - stroller, changing table, lamp, ironing board**<br>Line from *Schedule A/B*: **6.21** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Sewing and Craft Supplies**<br>Line from *Schedule A/B*: **6.22** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Four (4) Bedroom Furniture Sets**<br>Line from *Schedule A/B*: **6.23** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Childrens Toys and Collectibles**<br>Line from *Schedule A/B*: **6.24** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Refrigerator and Deep Freezer (older)**<br>Line from *Schedule A/B*: **6.25** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Exercise Bike and Stepper**<br>Line from *Schedule A/B*: **6.26** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Grill**<br>Line from *Schedule A/B*: **6.27** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Lawn Furniture**<br>Line from *Schedule A/B*: **6.28** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Lawn Ornaments**<br>Line from *Schedule A/B*: **6.29** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. Hand Tools and Accessories**<br>Line from *Schedule A/B*: **6.30** | $1,500.00 | ■ $260.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **String Trimmers and Chainsaws**<br>Line from *Schedule A/B*: **6.35** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Barn Office Furnishings (couch, chairs, desk, TV, decor)**<br>Line from *Schedule A/B*: **6.37** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(11)** |
| **Barn Refrigerator (old)**<br>Line from *Schedule A/B*: **6.38** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Two (2) TVs, Laptop (very old), Bose Sound Bar, Fans**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Desktop Computer w Printer (older)**<br>Line from *Schedule A/B*: **7.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(11)** |
| **Civil War Collectible Prints**<br>Line from *Schedule A/B*: **8.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(3)** |

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Antique Sewing Machine**<br>Line from *Schedule A/B*: **8.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Eight (8) Antique Display Model Guns (nonfunctioning)**<br>Line from *Schedule A/B*: **8.3** | $1,600.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Acoustic Guitar**<br>Line from *Schedule A/B*: **9.1** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Golf Clubs and Accessories**<br>Line from *Schedule A/B*: **9.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Hunting/Outdoor Wear**<br>Line from *Schedule A/B*: **9.3** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Bicycle**<br>Line from *Schedule A/B*: **9.4** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Hunting Accessories**<br>Line from *Schedule A/B*: **9.5** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Crossbow and Accessories**<br>Line from *Schedule A/B*: **9.6** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Fishing Supplies**<br>Line from *Schedule A/B*: **9.7** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Browning Citori Skeet**<br>Line from *Schedule A/B*: **10.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(2)** |
| **Barret MRAD 6.5 Creedmore**<br>Line from *Schedule A/B*: **10.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(2)** |

Debtor 1 **Mark Henry Shelton**
Debtor 2 **Gail Ann Shelton**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Womens Clothing**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Mens Clothing**<br>Line from *Schedule A/B*: **11.2** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Misc. jewelry - bracelets, earrings, necklaces**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(b)** |
| **Womens Diamond Wedding Ring and Wedding Band**<br>Line from *Schedule A/B*: **12.2** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(a)** |
| **Womens Engagement Ring**<br>Line from *Schedule A/B*: **12.3** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(b)** |
| **Mens Wedding band**<br>Line from *Schedule A/B*: **12.4** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(1)(a)** |
| **Glass Fishtank and Fish**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Dog Accessories and Training Supplies**<br>Line from *Schedule A/B*: **13.3** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(5)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $426.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Checking Acct 7156: Greenstate Credit Union**<br>Line from *Schedule A/B*: **17.1** | $1,050.25 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Savings Acct 0001: GreenState Credit Union**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking Acct 3867: CBI Bank and Trust - Kalona**<br>Line from *Schedule A/B*: **17.3** | $186.06 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(14)** |
| **Credit on Account: Home Gas, Inc.**<br>Line from *Schedule A/B*: **22.1** | $776.29 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Iowa Code § 627.6(15)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ■  No

   ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim | Unsecured portion If any |
| | | | Do not deduct the value of collateral. | | |

| 2.1 | **Bank of America** | Describe the property that secures the claim: | $223,546.52 | $760,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2155 Johnson-Washington Rd Kalona, IA 52247  Washington County**

**Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**  **09/2010**        **Last 4 digits of account number**  **1229**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $223,546.52 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $223,546.52 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name            Middle Name                        Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name            Middle Name                        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number **8650**   **$21,470.59** | **$21,470.59** | **$0.00** |

| | |
|---|---|
| **2.1** **Internal Revenue Service** | |
| Priority Creditor's Name | |
| **PO Box 7346** | When was the debt incurred?   **2019, 2022** |
| **Philadelphia, PA 19101-7346** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | ■ Contingent |
| ☐ Debtor 1 only | ■ Unliquidated |
| ☐ Debtor 2 only | ■ Disputed |
| ■ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ **Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ■ No | ☐ Other. Specify _____ |
| ☐ Yes | |

<center>**Income Taxes Owed**</center>

<center>27254</center>

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**

Case number *(if known)* _____

---

| 2.2 | **Iowa Department of Revenue** | Last 4 digits of account number | **0678** | **$228.12** | **$228.12** | **$0.00** |

Priority Creditor's Name
**Attorney General of iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Debt of Strategic Print Solutions**

---

| 2.3 | **Iowa Department of Revenue** | Last 4 digits of account number | **9884** | **$5,954.08** | **$5,954.08** | **$0.00** |

Priority Creditor's Name
**Attorney General of iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Debt of Strategic Print Solutions**

---

| 2.4 | **Iowa Department of Revenue** | Last 4 digits of account number | | **$347.98** | **$347.98** | **$0.00** |

Priority Creditor's Name
**Attorney General of iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2023**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Income Taxes Owed**

---

Debtor 1    **Mark Henry Shelton**

Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

| 2.5 | **Iowa Department of Revenue** | Last 4 digits of account number | **4122** | **$36,438.18** | **$36,438.18** | **$0.00** |

Priority Creditor's Name

**Attorney General of iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut Street**
**Des Moines, IA 50319**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Debt of Strategic Print Solutions**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

| 4.1 | **ABC Disposal Systems** | Last 4 digits of account number | **0563** | **$1,477.40** |

Nonpriority Creditor's Name

**1191 Ingelside Dr SW, Bldg 1200**
**Cedar Rapids, IA 52404**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Strategic Print Solutions**

---

Debtor 1   **Mark Henry Shelton**

Debtor 2   **Gail Ann Shelton**

Case number (if known) _____

---

| 4.2 | **Advertising Specialty Institute** | Last 4 digits of account number | **5146** | | $86.35 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**4800 E Street Rd**
**Trevose, PA 19053**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt of Strategic Print Solutions**

---

| 4.3 | **Alliance Funding Group** | Last 4 digits of account number | **2800** | | $441,000.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**17542 17th St, #200**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2023**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debtors Guaranteed for Strategic Print Solutions**

---

| 4.4 | **AlphaGraphics of North Liberty** | Last 4 digits of account number | | | $30,166.50 |

Nonpriority Creditor's Name

**1325 Kennel Court**
**North Liberty, IA 52317**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt of Strategic Print Solutions**

---

Debtor 1    **Mark Henry Shelton**

Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

---

| 4.5 | **Amazon Prime** | Last 4 digits of account number    **9269** | **$34,499.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1260 Mercer St**
**Seattle, WA 98109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Prints Solutions**

---

| 4.6 | **American Express** | Last 4 digits of account number    **1005** | **$19,379.12** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 60189**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card - Debt of Strategic Print Solutions**

---

| 4.7 | **American Express** | Last 4 digits of account number    **8083** | **$10,352.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept.**
**P. O. Box 981537**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2006**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card- Debt of Millennium Digital**

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

---

| 4.8 | **Ascentium Capital** | Last 4 digits of account number | **2356** | $18,705.77 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 11047**
**Birmingham, AL 35246-3059**

When was the debt incurred?    **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.9 | **Bank of America** | Last 4 digits of account number | **5262,8086** | $29,953.92 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card / Allegiant Card**

---

| 4.10 | **Bankers Trust** | Last 4 digits of account number | **9003,9002,9 005,9007** | $955,337.52 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**221 3rd Avenue SE**
**Cedar Rapids, IA 52406**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Commercial Loans that Debtors Guaranteed for Strategic Print Solutions**

---

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |
| | | Case number (if known) _____ |

---

| 4.1 1 | **Bankers Trust** | Last 4 digits of account number | **9004** | $45,294.50 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**221 3rd Avenue SE**
**Cedar Rapids, IA 52406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Commercial Loan that Debtors Guaranteed for Millennium Digital**

---

| 4.1 2 | **Bankers Trust** | Last 4 digits of account number | **0001** | $395,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**221 3rd Avenue SE**
**Cedar Rapids, IA 52406**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Line of Credit - Debt of Strategic Print Solutions**

---

| 4.1 3 | **Blue Prime Playing Cards** | Last 4 digits of account number | **2171** | $1,348.34 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Adam Levy**
**535 Park Ave**
**Glencoe, IL 60022**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Debt of Strategic Print Solutions**

---

Debtor 1 **Mark Henry Shelton**

Debtor 2 **Gail Ann Shelton**

Case number (if known) _____

---

| 4.1 4 | **Bradee J. Greene** | **Last 4 digits of account number** _____ | **$800.00** |

Nonpriority Creditor's Name

**603 1st Street E**

**Newhall, IA 52315**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.1 5 | **Breakout Capital, LLC** | **Last 4 digits of account number** _____ | **$491,927.98** |

Nonpriority Creditor's Name

**1451 Dolley Madison Blvd., Ste. 200**

**Mc Lean, VA 22101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2023

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Merchant Lender - Debtors Guaranteed for Strategic Print Solutions**

---

| 4.1 6 | **Cade Ealy** | **Last 4 digits of account number** _____ | **$558.64** |

Nonpriority Creditor's Name

**1291 Elmhurst Dr NE**

**Cedar Rapids, IA 52402**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Final Paycheck - Employee of Strategic Print Solutions**

---

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**

Case number (if known) _____

---

| 4.17 | | | |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **0912**

**When was the debt incurred?**    **2004**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

**$13,646.00**

---

| 4.18 | | | |
|---|---|---|---|

**Casey M. Ealy**
Nonpriority Creditor's Name
**1722 Aaron Dr NW**
**Cedar Rapids, IA 52405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    _____

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Final Paycheck - Employee of Strategic Print Solutions**

**$2,201.08**

---

| 4.19 | | | |
|---|---|---|---|

**Casey's**
Nonpriority Creditor's Name
**PO Box 1239**
**Covington, LA 70434**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1JQM**

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

**$1,499.92**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.2 0 | **Channel Partners Capital, LLC** | Last 4 digits of account number | **1389** | **$70,525.00** |

Nonpriority Creditor's Name
**10900 Wayzata Blvd., Ste. 300**
**Minnetonka, MN 55305**
Number Street City State Zip Code

**When was the debt incurred?**    **2023-10**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.2 1 | **Channeled Resources, Inc.** | Last 4 digits of account number | **0433** | **$63,079.19** |

Nonpriority Creditor's Name
**2501 W. Washington Blvd., Ste. 500**
**Chicago, IL 60612**
Number Street City State Zip Code

**When was the debt incurred?**    **2023**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.2 2 | **Chase Card Services** | Last 4 digits of account number | **9269** | **$34,223.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.2 3 | **Citi Card** | Last 4 digits of account number | **3418,6854** | **$34,608.88** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 790046**
**Saint Louis, MO 63179**

When was the debt incurred?  **2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Costco Credit Cards**

---

| 4.2 4 | **City Laundering** | Last 4 digits of account number | **4000** | **$104.81** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1700 S Fredrick Ave**
**Oelwein, IA 50662**

When was the debt incurred?  **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.2 5 | **Clearview Funding Solutions, LLC** | Last 4 digits of account number | | **$216,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**99 Washington Ave., Ste. 805a**
**Albany, NY 12210**

When was the debt incurred?  **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Merchant Lender - Debtor 1 Guaranteed for Strategic Print Solutions**

---

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number (if known) _____

---

**4.26**

**Clover Imaging Group**
Nonpriority Creditor's Name
**c/o Brandie Piper**
**PO Box 775576**
**Chicago, IL 60677-5576**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **$4,929.21**

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Debt of Strategic Print Solutions**

---

**4.27**

**Culligan of Marion**
Nonpriority Creditor's Name
**4855 Chandler Ct**
**Marion, IA 52302**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3333**   **$211.22**

When was the debt incurred?   **2024**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Debt of Strategic Print Solutions**

---

**4.28**

**De Lage Landen Financial Services, Inc.**
Nonpriority Creditor's Name
**PO Box 2000**
**Johnston, IA 50131**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0584**   **$14,208.00**

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Debt of Strategic Print Solutions**

---

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**

Case number (if known) _____

---

| 4.29 | | | |
|---|---|---|---|

**Delta Dental**
Nonpriority Creditor's Name
**PO Box 9010**
**Johnston, IA 50131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0100**                                    **$166.56**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Debt of Strategic Print Solutions**

---

| 4.30 | | | |
|---|---|---|---|

**Diana K. Collins**
Nonpriority Creditor's Name
**1400 English Blvd**
**Marion, IA 52302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _____   **$842.73**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.31 | | | |
|---|---|---|---|

**Diversified Labeling Solutions Inc**
Nonpriority Creditor's Name
**1285 Hamilton Pkwy**
**Itasca, IL 60143**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1700**                                    **$982.53**

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Debt of Strategic Print Solutions**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.3<br>2 | **EGS Financial Care Inc** | Last 4 digits of account number _____ | $5,595.81 |

Nonpriority Creditor's Name

**2085 Lynnhaven Pkwy Ste 106-601**
**Virginia Beach, VA 23456**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.3<br>3 | **FedEx** | Last 4 digits of account number  **4014** | $3,207.10 |

Nonpriority Creditor's Name

**US Collections Dept**
**PO Box 94515**
**Palatine, IL 60094-4515**
Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.3<br>4 | **Feiereisen, Inc.** | Last 4 digits of account number  **2770** | $115.00 |

Nonpriority Creditor's Name

**Attn: Greg Ortmann**
**5203 16th Ave SW**
**Cedar Rapids, IA 52404**
Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Debt of Strategic Print Solutions**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number *(if known)* _____

---

**4.3 5**

**Flexcon Co, Inc.**
_____
Nonpriority Creditor's Name
**c/o Wendy Miner
1 Flexcon Industrial Park
Spencer, MA 01562**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **SPSSTRATI A** _____

**When was the debt incurred?**    **2023** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt of Strategic Print Solutions** _____

$9,156.42

---

**4.3 6**

**FNB Omaha**
_____
Nonpriority Creditor's Name
**Attn: Bankruptcy
PO Box 3128
Omaha, NE 68103**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **3353,4332** _____

**When was the debt incurred?**    **2011, 2020** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Cards** _____

$33,084.00

---

**4.3 7**

**FNBO**
_____
Nonpriority Creditor's Name
**PO Box 2557
Omaha, NE 68103-2557**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1734** _____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Scheels Credit Card** _____

$11,050.86

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.3 8 | **FNBO** | Last 4 digits of account number **2638** | **$21,339.60** |

Nonpriority Creditor's Name
**PO Box 2557**
**Omaha, NE 68103-2557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Scheels Credit Card**

---

| 4.3 9 | **Great America/ Inteconnex** | Last 4 digits of account number | **$30,000.00** |

Nonpriority Creditor's Name
**625 1st St. SE, Ste. 800**
**Cedar Rapids, IA 52401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.4 0 | **GreenState Credit Union** | Last 4 digits of account number **5842** | **$31,528.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 925**
**North Liberty, IA 52317**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.4 1 | **GreenState Credit Union** | Last 4 digits of account number | **1000** | $38,323.23 |

Nonpriority Creditor's Name

**PO Box 800**
**North Liberty, IA 52317**
Number Street City State Zip Code

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Deficiency from sale of repossessed vehicles - Debtors Guaranteed for Stratetic Print Solutions**

---

| 4.4 2 | **Greg Blasen** | Last 4 digits of account number | | $322.50 |

Nonpriority Creditor's Name

**1814 Hamer Dr NW**
**Cedar Rapids, IA 52405**
Number Street City State Zip Code

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.4 3 | **Hiawatha Water & Sewer Dept** | Last 4 digits of account number | **4000** | $130.33 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**101 Emmons St**
**Hiawatha, IA 52233**
Number Street City State Zip Code

**When was the debt incurred?** **2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Debt of Strategic Print Solutions**

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 17 of 31

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**

Case number (if known) _____

---

| 4.4 4 | **Jeff Novak** | Last 4 digits of account number _____ | **$594.97** |

Nonpriority Creditor's Name
**4425 Council St NE**
**Cedar Rapids, IA 52402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.4 5 | **Jon E. Faircloth** | Last 4 digits of account number _____ | **$960.02** |

Nonpriority Creditor's Name
**1967 C Ave NE**
**Cedar Rapids, IA 52402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.4 6 | **JP Gasway** | Last 4 digits of account number   9338 | **$11,848.00** |

Nonpriority Creditor's Name
**1460 Sherman Rd.**
**Hiawatha, IA 52233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt of Strategic Print Solutions**

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number (if known)

---

| 4.4 7 | | | |
|---|---|---|---|

**JP Morgan Chase Bank**

Nonpriority Creditor's Name

**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    4115,3215                    **$118,384.00**

**When was the debt incurred?**    2007, 2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Cards**

---

| 4.4 8 | | | |
|---|---|---|---|

**Kalyn M. Collins-Grover**

Nonpriority Creditor's Name

**1210 B Ave**
**Marion, IA 52302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **$466.12**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.4 9 | | | |
|---|---|---|---|

**Kendra Preston**

Nonpriority Creditor's Name

**1067 Lyndhurst Dr**
**Hiawatha, IA 52233**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **$242.08**

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Final Paycheck - Employee of Strategic Print Solutions**

---

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |
| | | Case number *(if known)* _____ |

---

**4.50**

| **Krista Ulrich** | | $676.64 |
|---|---|---|

Nonpriority Creditor's Name

**3716 Sprucewood Dr NE**
**Cedar Rapids, IA 52402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

**4.51**

| **Lou Helmer** | | $682.54 |
|---|---|---|

Nonpriority Creditor's Name

**1719 12th Ave SW**
**Cedar Rapids, IA 52404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

**4.52**

| **Matthew C Ash** | | $1,092.50 |
|---|---|---|

Nonpriority Creditor's Name

**190 27th St NW**
**Cedar Rapids, IA 52405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

---

| 4.5 3 | | | |
|---|---|---|---|

**Matthew Weisbein**
Nonpriority Creditor's Name
**811 Kirkwood Blvd SW #316**
**Cedar Rapids, IA 52404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$1,360.00**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.5 4 | | | |
|---|---|---|---|

**Maxcess**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1211 W 22nd St #804**
**Oak Brook, IL 60523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$1,240.00**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.5 5 | | | |
|---|---|---|---|

**MidAmerican Engery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 657**
**Des Moines, IA 50306-0657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  7017          **$147.00**

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt of Strategic Print Solutions**

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**                                              Case number (if known) _____

---

| 4.5 6 | **Mr. Advance, LLC** | **Last 4 digits of account number** _____ | **$141,946.95** |

Nonpriority Creditor's Name
**35-12 19th Ave., Ste. 3w**
**Astoria, NY 11105**                    **When was the debt incurred?**    **2024**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                        ■ Contingent
☐ Debtor 1 and Debtor 2 only                            ■ Unliquidated
■ At least one of the debtors and another               ■ Disputed
☐ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                                ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                    report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify    **Merchant Lender, Judgment - Debtor 1**
                                                                             **Guaranteed for Strategic Print Solutions**

---

| 4.5 7 | **Nelnet** | **Last 4 digits of account number** **3759** | **$13,646.00** |

Nonpriority Creditor's Name
**Attn: Claims**
**Po Box 82505**
**Lincoln, NE 68501**                    **When was the debt incurred?**    **2003**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only                                        ■ Contingent
☐ Debtor 1 and Debtor 2 only                            ■ Unliquidated
☐ At least one of the debtors and another               ■ Disputed
☐ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                                ■ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                    report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ☐ Other. Specify
                                                                             **Student Loans**

---

| 4.5 8 | **OnDeck** | **Last 4 digits of account number** **2538** | **$74,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4700 W. Daybreak Pkwy., Ste. 200**
**South Jordan, UT 84009**                **When was the debt incurred?**    **2023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                        ■ Contingent
☐ Debtor 1 and Debtor 2 only                            ■ Unliquidated
■ At least one of the debtors and another               ■ Disputed
☐ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                                ☐ Student loans
**Is the claim subject to offset?**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                    report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify    **Merchant Lender - Debtors Guaranteed for**
                                                                             **Strategic Print Solutions**

---

Official Form 106 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 22 of 31

Debtor 1   **Mark Henry Shelton**
Debtor 2   **Gail Ann Shelton**

Case number (*if known*) _____

---

| 4.5 9 | **Open Text, Inc.** | **Last 4 digits of account number** | 6678 | | **$534.27** |

Nonpriority Creditor's Name
**c/o JP Morgan Lockbox**
**24685 Network Place**
**Chicago, IL 60673-1246**

**When was the debt incurred?**   2024

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Debt of Strategic Print Solutions**

---

| 4.6 0 | **Paul Zenisek** | **Last 4 digits of account number** | | | **$377.28** |

Nonpriority Creditor's Name
**2889 Alleghany Dr NE**
**Cedar Rapids, IA 52402**

**When was the debt incurred?**   2024

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.6 1 | **Precision Graphics** | **Last 4 digits of account number** | | | **$25.20** |

Nonpriority Creditor's Name
**PO Box 13183**
**Green Bay, WI 54307**

**When was the debt incurred?**   2024

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Debt of Strategic Print Solutions**

---

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

| | | |
|---|---|---|
| 4.6 2 | **Rebecca Drahos** | Last 4 digits of account number _____ | $680.00 |

**Rebecca Drahos**
Nonpriority Creditor's Name
**3270 Otter Rd**
**Toddville, IA 52341**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $680.00

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

| 4.6 3 | **Rotometrics** | | |

**Rotometrics**
Nonpriority Creditor's Name
**800 Howerton Lane**
**Eureka, MO 63025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  6020    $1,240.00

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt of Strategic Print Solutions**

---

| 4.6 4 | **Scott Shelton** | | |

**Scott Shelton**
Nonpriority Creditor's Name
**2011 Hallbrook St SW**
**Cedar Rapids, IA 52404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $7,000.00

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Final Paycheck - Employee of Strategic Print Solutions**

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

---

| 4.6 5 | |
|---|---|

**Shane T. Preston**                              Last 4 digits of account number _____     **$1,744.99**

Nonpriority Creditor's Name
**1067 Lyndhurst Dr**                           When was the debt incurred?    **2024**
**Hiawatha, IA 52233**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify    **Final Paycheck - Employee of Strategic**
☐ Yes                                                               **Print Solutions**

---

| 4.6 6 | |
|---|---|

**Six Graphics**                               Last 4 digits of account number _____    **$26,748.36**

Nonpriority Creditor's Name
**Attn: Jose Garcia, CEO**                      When was the debt incurred?    **2024**
**848 Brikell Ave, Ste 950**
**Miami, FL 33131**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.6 7 | |
|---|---|

**Square Advance**                             Last 4 digits of account number _____    **$105,042.56**

Nonpriority Creditor's Name
**90 E. Halsey Rd.,**                           When was the debt incurred?    **2024**
**Parsippany, NJ 07054**
Number Street City State Zip Code               **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                 ■ Contingent
☐ Debtor 2 only                                 ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify    **Merchant Lender - Debtors Guaranteed for**
☐ Yes                                                               **Strategic Print Solutions**

---

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | |
| | | Case number *(if known)* |

---

**4.68**

**Stericycle / Shred-it**

Nonpriority Creditor's Name

**Attn: Collections Dept.**
**28883 Network Place**
**Chicago, IL 60673-1288**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0757**

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Strategic Print Solutions**

$491.77

---

**4.69**

**Target**

Nonpriority Creditor's Name

**c/o Financial & Retail Srvs**
**Mailstop BT POB 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1710**

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

$9,080.00

---

**4.70**

**Target**

Nonpriority Creditor's Name

**c/o Financial & Retail Srvs**
**Mailstop BT POB 9475**
**Minneapolis, MN 55440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1947**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Strategic Print Solutions**

$6,270.00

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

---

| 4.7 1 | **Uline, Inc.** | Last 4 digits of account number | **9860** | **$2,249.10** |

Nonpriority Creditor's Name
**Attn: Nancy Halcom**
**12575 Uline Dr**
**Pleasant Prairie, WI 53158**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.7 2 | **UPS** | Last 4 digits of account number | **0344** | **$5,475.81** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2085 Lynnhaven Pkwy, Ste 106-601**
**Virginia Beach, VA 23456**

When was the debt incurred?    **2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Strategic Print Solutions**

---

| 4.7 3 | **US Small Buisness Administration** | Last 4 digits of account number | **8602** | **$62,400.00** |

Nonpriority Creditor's Name
**210 Walnut St., Ste. 749**
**Des Moines, IA 50309**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt of Millennium Digital Services**

---

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number (if known) _____

| 4.7 4 | **US Small Buisness Administration** | Last 4 digits of account number    **7907** | **$400,000.00** |

Nonpriority Creditor's Name
**210 Walnut St., Ste. 749**
**Des Moines, IA 50309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

| 4.7 5 | **Von Maur** | Last 4 digits of account number    **1506** | **$291.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**6565 North Brady St**
**Davenport, IA 52806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **05/24**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

| 4.7 6 | **WardKraft Family** | Last 4 digits of account number    **9607** | **$988.35** |

Nonpriority Creditor's Name
**Attn: Carla Guss**
**2401 Cooper St**
**Fort Scott, KS 66701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt of Strategic Print Solutions**

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**

Case number (if known) _____

| 4.77 | **Wellmark** | Last 4 digits of account number | **1000** | $9,892.51 |

Nonpriority Creditor's Name
**Po Box 9232**
**Des Moines, IA 50306**
Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Debt of Strategic Print Solutions**

| 4.78 | **Wolverton** | Last 4 digits of account number | | $10,916.10 |

Nonpriority Creditor's Name
**6714 Chancellor Dr.**
**Cedar Falls, IA 50613**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Debt of Strategic Print Solutions**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**A.R.M. Solutions Inc**
**PO Box 2929**
**Camarillo, CA 93011**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6757**

Name and Address
**Ainsworth Gorkin, PLLC**
**Yeshaya Gorkin**
**PO Box 605**
**New York, NY 10038**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Atradius Collections**
**c/o Kimberly Groberski**
**3500 Lacey Rd., Ste. 220**
**Downers Grove, IL 60515**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0433**

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* |

---

Name and Address
**Atradius Collections**
**c/o Kimberly Groberski**
**3500 Lacey Rd., Ste. 220**
**Downers Grove, IL 60515**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lieberman & Klestzick LLP**
**c/o Yonatan Klestzick**
**381 Sunrise Hwy, 3rd Flr**
**Lynbrook, NY 11563**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.67** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Miles & Stockbridge P.C.**
**c/o Teresa Azzam**
**1751 Pinnacle Dr., Ste. 1500**
**Tysons Corner, VA 22101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Smith Mills Law**
**c/o Charles Blades**
**118 3rd Ave. SE, Ste. 200**
**Cedar Rapids, IA 52401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Steven Zakharyayev**
**10 W. 37th St., Rm 602**
**New York, NY 10018**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The Commercial Collection Corp of**
**N.Y.,**
**34 Seymour St.**
**Tonawanda, NY 14150**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **1700**

---

Name and Address
**Whitfield & Eddy PLC**
**c/o Tom Burke**
**699 Walnut St., Ste. 2000**
**Des Moines, IA 50309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Whitfield & Eddy PLC**
**c/o Tom Burke**
**699 Walnut St., Ste. 2000**
**Des Moines, IA 50309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Whitfield & Eddy PLC**
**c/o Tom Burke**
**699 Walnut St., Ste. 2000**
**Des Moines, IA 50309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Zwicker & Associates, PC**
**Attorneys at Law**
**80 Minuteman Road**
**Andover, MA 01810-1031**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number (if known) | |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 64,438.95 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 64,438.95 |

**Total claims from Part 2**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 13,646.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 4,122,056.14 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 4,135,702.14 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City                    State            ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Millennium Digital Services Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**American Express** |
| 3.2 **Millennium Digital Services Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Bankers Trust** |
| 3.3 **Millennium Digital Services Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Clearview Funding Solutions, LLC** |

| Debtor 1 | **Mark Henry Shelton**<br>**Gail Ann Shelton** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Millennium Digital Services Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Square Advance** |
| 3.5 | **Shelton Toner Technology, Inc.**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**JP Morgan Chase Bank** |
| 3.6 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**GreenState Credit Union** |
| 3.7 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**American Express** |
| 3.8 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.9 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Bradee J. Greene** |
| 3.10 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Cade Ealy** |
| 3.11 | **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Casey M. Ealy** |

| Debtor 1 | **Mark Henry Shelton** | Case number *(if known)* | |
|---|---|---|---|
| | **Gail Ann Shelton** | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.30____
☐ Schedule G _____
**Diana K. Collins**

---

3.13 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.42____
☐ Schedule G _____
**Greg Blasen**

---

3.14 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.44____
☐ Schedule G _____
**Jeff Novak**

---

3.15 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.45____
☐ Schedule G _____
**Jon E. Faircloth**

---

3.16 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.48____
☐ Schedule G _____
**Kalyn M. Collins-Grover**

---

3.17 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.49____
☐ Schedule G _____
**Kendra Preston**

---

3.18 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.50____
☐ Schedule G _____
**Krista Ulrich**

---

3.19 **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.51____
☐ Schedule G _____
**Lou Helmer**

---

Official Form 106H                    Schedule H: Your Codebtors

| Debtor 1 | **Mark Henry Shelton** | Case number *(if known)* | |
| | **Gail Ann Shelton** | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.20 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.52__ ☐ Schedule G _____ **Matthew C Ash** |
| 3.21 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.53__ ☐ Schedule G _____ **Matthew Weisbein** |
| 3.22 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.60__ ☐ Schedule G _____ **Paul Zenisek** |
| 3.23 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.62__ ☐ Schedule G _____ **Rebecca Drahos** |
| 3.24 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.64__ ☐ Schedule G _____ **Scott Shelton** |
| 3.25 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.65__ ☐ Schedule G _____ **Shane T. Preston** |
| 3.26 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.1__ ☐ Schedule G _____ **ABC Disposal Systems** |
| 3.27 | **Strategic Print Solutions, Inc** 1420 Stamy Rd Hiawatha, IA 52233 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.4__ ☐ Schedule G _____ **AlphaGraphics of North Liberty** |

| Debtor 1 | **Mark Henry Shelton**<br>**Gail Ann Shelton** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.21__<br>☐ Schedule G _____<br>**Channeled Resources, Inc.** |
| 3.29 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.10__<br>☐ Schedule G _____<br>**Bankers Trust** |
| 3.30 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.13__<br>☐ Schedule G _____<br>**Blue Prime Playing Cards** |
| 3.31 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.25__<br>☐ Schedule G _____<br>**Clearview Funding Solutions, LLC** |
| 3.32 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.26__<br>☐ Schedule G _____<br>**Clover Imaging Group** |
| 3.33 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.56__<br>☐ Schedule G _____<br>**Mr. Advance, LLC** |
| 3.34 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.67__<br>☐ Schedule G _____<br>**Square Advance** |
| 3.35 **Strategic Print Solutions, Inc**<br>1420 Stamy Rd<br>Hiawatha, IA 52233 | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.19__<br>☐ Schedule G _____<br>**Casey's** |

Debtor 1   **Mark Henry Shelton**
        **Gail Ann Shelton** _____     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.41**<br>☐ Schedule G _____<br>**GreenState Credit Union** |
| 3.37 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.72**<br>☐ Schedule G _____<br>**UPS** |
| 3.38 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G _____<br>**Feiereisen, Inc.** |
| 3.39 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.71**<br>☐ Schedule G _____<br>**Uline, Inc.** |
| 3.40 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.59**<br>☐ Schedule G _____<br>**Open Text, Inc.** |
| 3.41 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G _____<br>**FNBO** |
| 3.42 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.68**<br>☐ Schedule G _____<br>**Stericycle / Shred-it** |
| 3.43 **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G _____<br>**Diversified Labeling Solutions Inc** |

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton**<br>**Gail Ann Shelton** |

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.2**__
☐ Schedule G _____
**Iowa Department of Revenue**

---

3.45  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Advertising Specialty Institute**

---

3.46  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.24**__
☐ Schedule G _____
**City Laundering**

---

3.47  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.27**__
☐ Schedule G _____
**Culligan of Marion**

---

3.48  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**Delta Dental**

---

3.49  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.33**__
☐ Schedule G _____
**FedEx**

---

3.50  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**Flexcon Co, Inc.**

---

3.51  **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.43**__
☐ Schedule G _____
**Hiawatha Water & Sewer Dept**

---

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| | **Gail Ann Shelton** | Case number *(if known)* |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.52    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
**JP Gasway**

3.53    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
**Maxcess**

3.54    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**MidAmerican Engery**

3.55    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
**OnDeck**

3.56    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Six Graphics**

3.57    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.76___
☐ Schedule G _____
**WardKraft Family**

3.58    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.74___
☐ Schedule G _____
**US Small Buisness Administration**

3.59    **Strategic Print Solutions, Inc**
**1420 Stamy Rd**
**Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.61___
☐ Schedule G _____
**Precision Graphics**

| Debtor 1 | **Mark Henry Shelton**<br>**Gail Ann Shelton** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.60   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __2.3__
☐ Schedule G _____
**Iowa Department of Revenue**

---

3.61   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Breakout Capital, LLC**

---

3.62   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Bankers Trust**

---

3.63   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**Channel Partners Capital, LLC**

---

3.64   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Ascentium Capital**

---

3.65   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**De Lage Landen Financial Services, Inc.**

---

3.66   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Amazon Prime**

---

3.67   **Strategic Print Solutions, Inc**
       **1420 Stamy Rd**
       **Hiawatha, IA 52233**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Target**

---

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| | **Gail Ann Shelton** |

Case number *(if known)* _____

## Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.68 | **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Wolverton** |
|---|---|---|

| 3.69 | **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Great America/ Inteconnex** |
|---|---|---|

| 3.70 | **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Wellmark** |
|---|---|---|

| 3.71 | **Strategic Print Solutions, Inc**<br>**1420 Stamy Rd**<br>**Hiawatha, IA 52233** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Rotometrics** |
|---|---|---|

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| Debtor 2 (Spouse, if filing) | **Gail Ann Shelton** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                        12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | Self Employed | |
| | Employer's name | Self - Consulting Services | |
| | Employer's address | | |
| | How long employed there? | July  2024 | |

### Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        4,583.33 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        4,583.33 | $        0.00 |

| | | |
|---|---|---|
| Debtor 1 | **Mark Henry Shelton** | |
| Debtor 2 | **Gail Ann Shelton** | Case number (*if known*) _____ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** ........................................... | 4. $ **4,583.33** | $ **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **0.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,583.33** | $ **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **2,996.00** | $ **1,043.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **2,996.00** | $ **1,043.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **7,579.33** + $ **1,043.00** | = $ **8,622.33** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ **8,622.33**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| Debtor 2 (Spouse, if filing) | **Gail Ann Shelton** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**        ■ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $          2,587.78

    **If not included in line 4:**

    4a.    Real estate taxes                                    4a. $          0.00
    4b.    Property, homeowner's, or renter's insurance          4b. $          0.00
    4c.    Home maintenance, repair, and upkeep expenses         4c. $          300.00
    4d.    Homeowner's association or condominium dues            4d. $          0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $          0.00

| Debtor 1 | **Mark Henry Shelton** | | |
|----------|----------------------|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number (if known) | |

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **650.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **400.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **272.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **40.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **443.10** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **142.00** |
| | 15d. | Other insurance. Specify: **Medicare Supplement Plan G+ D** | 15d. $ | **134.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Student Loans** | | 21. +$ | **297.00** |
| | **Pet Care** | | +$ | **150.00** |

| | | | | |
|---|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,765.88** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **6,765.88** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **8,622.33** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **6,765.88** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **1,856.45** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Debtors anticipate being required to enter into a repayment plan for nondischargeable tax debt.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Mark Henry Shelton** | X **/s/ Gail Ann Shelton** |
|---|---|
| **Mark Henry Shelton** | **Gail Ann Shelton** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **November  8, 2024** | Date  **November  8, 2024** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | **$144,045.94** | ■ Wages, commissions, bonuses, tips | **$6,832.17** |
| | ☐ Operating a business | | ■ Operating a business | |

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ■ Wages, commissions, bonuses, tips | $49,913.25 | ■ Wages, commissions, bonuses, tips | $4,652.93 |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips | $126,288.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No

   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $30,005.00 | **Social Security** | $10,430.00 |
| | **Sale of Homestead Farmland** | $186,830.00 | | |
| | **Sale of Property (firearms)** | $51,000.00 | | |
| | **Sale of Homestead Farmland** | $94,824.15 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | **Farm Rent** | $1,500.00 | | |
| | **Farm Rent** | $3,000.00 | | |
| | **Social Security** | $35,912.00 | **Social Security** | $14,160.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | **Farm Rent** | $3,000.00 | | |
| | **Farm Rent** | $1,500.00 | | |
| | **Social Security** | $27,470.00 | **Social Security** | $10,860.00 |

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number *(if known)* _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>**Attn: Bankruptcy**<br>**100 North Tryon St**<br>**Charlotte, NC 28255** | **08/30/24 -**<br>**$2,587.78**<br>**09/30/24 -**<br>**$2,587.78**<br>**10/31/24 -**<br>**$2,587.78** | **$7,763.34** | **$225,285.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **GreenState Credit Union**<br>**PO Box 800**<br>**North Liberty, IA 52317** | **08/07/24** | **$180,006.46** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **HELOC** |
| **Bank Iowa**<br>**230 1st Street East**<br>**Independence, IA 50644** | **09/24/24** | **$51,379.51** | **$0.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Corda Credit Union**<br>**3015 Blairs Ferry Rd NE**<br>**Cedar Rapids, IA 52402** | **09/2024** | **$93,850.00** | **$0.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number (*if known*) _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Strategic Print Solutions, Inc<br>1420 Stamy Rd<br>Hiawatha, IA 52233** | **March 2024** | **$74,000.00** | **$0.00** | **Closed personal 401k's and put the money into Strategic Print Solutions to try to keep the business running.** |

---

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Alliance Funding Group v. Strategic Print Solutions et. al.<br>LALA003069** | **Collection** | **Washington County Clerk of Court<br>224 W. Main Street<br>Washington, IA 52353** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Clearview Funding Solutions v. Strategic Print Solutions et. al.<br>E2024009990** | **Collections** | **Supreme Court of State of New York<br>County of Monroe<br>39 W. Main St., Rm 101<br>Rochester, NY 14614** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Mr. Advance v. Strategic Print Solutions, et. al.<br>514246/2024** | **Collection** | **Supreme Court of State of New York<br>County of Kings<br>360 Adams St #4<br>Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Square Funding, LLC dba Square Advance v. Strategic Print Solutions, et. al.<br>610529/2024** | **Collection** | **Supreme Court of State of New York<br>County of Nassau<br>240 Old Country Rd<br>Mineola, NY 11501** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number *(if known)* _____

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Breakout Capital v. Strategic Print Solutions, et. al. CL-2024-0008088** | **Collection** | **Circuit Cout for Fairfax County, Virgini 4110 Chain Bridge Road Fairfax, VA 22030** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **GreenState Credit Union Attn: Bankruptcy PO Box 925 North Liberty, IA 52317** | **Five (5) 2017 Kia Soul's Two (2) 2017 Kia Sorento One (1) 2018 Kia Soul One (1) 2019 Kia Optima One (1) 2020 Ford Transit**<br><br>**Vehicles were owned by Strategic Print Solutions, Inc. Vehicles loan is a debt of Strategic Print Solutions, Inc. that is guaranteed by both Debtors.**<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **May 2024** | **$95,000.00** |

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

---

| Debtor 1 | **Mark Henry Shelton** | | |
|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number *(if known)* | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Gulf South Men Ministry 7533 Quorum Drive Baton Rouge, LA 70817** | **Monetary Donations** | **Monthly from March 2023 - April 2024** | **$7,000.00** |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Day Rettig Martin, P.C. PO Box 2877 Cedar Rapids, IA 52406-2877 ronm@drpjlaw.com** | **Attorney Fees** | **03/15/24 - $5,000.00 06/10/24 - $5,000.00** | **$10,000.00** |
| **Day Rettig Martin, P.C. PO Box 2877 Cedar Rapids, IA 52406-2877 www.drpjlaw.com** | **Attorney Fees** | **11/08/24** | **$943.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1  **Mark Henry Shelton**

Debtor 2  **Gail Ann Shelton**

Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Scheels**<br>**1461 Coral Ridge Avenue**<br>**Coralville, IA 52241** | **Firearms Collection** | **Received $51,000.00.**<br>**(Used to pay off Bank Iowa Mortgage)** | **July 2024** |
| **Errthum Rentals, LLC**<br>**412 C Avenue**<br>**Kalona, IA 52247** | **Lots 4 & 6, Windmill Estates (Homestead Farmland) in Washington County, Iowa.** | **Received $186,830.00.**<br>**(Used to pay off GreenState Credit Union HELOC)** | **August 2024** |
| **Keith Hostetler**<br>**1978 540th St. SW**<br>**Kalona, IA 52247**<br><br>**Neighbor** | **Lot 7, Windmill Estates (Homestead Farmland) in Washington County, Iowa.** | **Corda Credit Union received $93,850.00 for payoff of Mortgage.** | **September 2024** |
| **Hills Bank And Trust Company**<br>**Attn: Bankruptcy**<br>**PO Box 70**<br>**Hills, IA 52235** | **2023 CFMOTO UForce 1000 XL (UTV) - value of aprox. $15,000.00** | **Surrendered UTV for full satisfaction of $18,197.00 loan.** | **July 2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No

■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Mark Henry Shelton NFA Gun Trust** | **.30 cal Sig Sauer Suppressor - $995.00**<br>**.22 cal SilencorCo Suppressor - $325.00**<br>**.30 cal ThunderBeast Suppressor - $1,350.00** | **05/02/2018** |

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | **Mark Henry Shelton** |
|---|---|
| Debtor 2 | **Gail Ann Shelton** |

Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Hills Bank And Trust Company Attn: Bankruptcy PO Box 70 Hills, IA 52235** | **XXXX-4245** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **July 2024** | **$18.71** |
| **Hills Bank And Trust Company Attn: Bankruptcy PO Box 70 Hills, IA 52235** | **XXXX-2756** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **July 2024** | **$405.00** |
| **Hills Bank And Trust Company Attn: Bankruptcy PO Box 70 Hills, IA 52235** | **XXXX-7918** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **July 2024** | **$254.29** |
| **American Funds PO Box 6007 Indianapolis, IN 46206** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **401k - Mark Shelton** | **March 2024** | **$26,498.93** |
| **American Funds PO Box 6007 Indianapolis, IN 46206** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **401k - Gail Shelton** | **March 2024** | **$57,443.44** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor 1    **Mark Henry Shelton**
Debtor 2    **Gail Ann Shelton**

Case number *(if known)*

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■  **No**
☐  **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  **No**
☐  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■  **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■  **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐  **A partner in a partnership**

■  **An officer, director, or managing executive of a corporation**

■  **An owner of at least 5% of the voting or equity securities of a corporation**

| Debtor 1 | **Mark Henry Shelton** | |
|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | Case number (*if known*) |

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **GMS & D Properties, LLC<br>1420 Stamy Rd<br>Hiawatha, IA 52233** | **Rental Property**<br><br>**John Freeman, CPA** | EIN: **39-1909585**<br><br>From-To **1997 - Current (in process of dissolving)** |
| **Millennium Digital Services Inc<br>1420 Stamy Rd<br>Hiawatha, IA 52233** | **Consulting**<br><br>**John Freeman** | EIN: **20-0536074**<br><br>From-To **01/08/2004 - 08/27/2024** |
| **Strategic Print Solutions, Inc<br>1420 Stamy Rd<br>Hiawatha, IA 52233** | **Print Services**<br><br>**John Freeman** | EIN: **57-1208877**<br><br>From-To **07/21/2004 - 07/05/2024** |
| **Mark Shelton Independant Consultant<br>2155 Johnson-Washington Road Kalona, IA 52247** | **Consulting** | EIN:<br><br>From-To **2024** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

☒ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Bankers Trust<br>Attn: Bankruptcy<br>221 3rd Avenue SE<br>Cedar Rapids, IA 52406** | **2023** |
| **Bank Iowa<br>Attn: Bankruptcy<br>230 First Street East<br>Independence, IA 50644** | **2023** |
| **Corda Credit Union<br>3015 Blairs Ferry Rd NE<br>Cedar Rapids, IA 52402** | **2023** |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Mark Henry Shelton** | **/s/ Gail Ann Shelton** |
|---|---|
| **Mark Henry Shelton** | **Gail Ann Shelton** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date   **November  8, 2024** | Date   **November  8, 2024** |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No

| Debtor 1 | **Mark Henry Shelton** | Case number *(if known)* | _____ |
| Debtor 2 | **Gail Ann Shelton** | | |

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Henry Shelton** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | **Gail Ann Shelton** |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7            12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ **creditors have claims secured by your property, or**
- ■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **2155 Johnson-Washington Rd Kalona, IA 52247  Washington County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

| Debtor 1 | **Mark Henry Shelton** | | | |
|---|---|---|---|---|
| Debtor 2 | **Gail Ann Shelton** | | Case number *(if known)* | |

Lessor's name:

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:

Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Mark Henry Shelton**                          X **/s/ Gail Ann Shelton**

**Mark Henry Shelton**                                **Gail Ann Shelton**
Signature of Debtor 1                               Signature of Debtor 2

Date     **November 8, 2024**                      Date     **November 8, 2024**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border: 1px solid; padding: 10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Iowa

In re     **Mark Henry Shelton**
        **Gail Ann Shelton** _____      Case No. _____
                                          Debtor(s)      Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept .................................. $ _____**10,605.00**

        Prior to the filing of this statement I have received ...................... $ _____**10,605.00**

        Balance Due .................................................................. $ _____**0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation in Rule 2004 examinations, negotiation of Reaffirmation Agreements, Representation on Objections to Discharge or Dischargeability or Adversary Proceedings.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  8, 2024** _____      **/s/ Ronald C. Martin** _____
_Date_      **Ronald C. Martin AT0005050**
                                     _Signature of Attorney_
                                     **Day Rettig Martin, P.C.**
                                     **PO Box 2877**
                                     **Cedar Rapids, IA 52406-2877**
                                     **(319) 365-0437  Fax: (319) 365-5866**
                                     **ronm@drpjlaw.com**
                                     _Name of law firm_

**United States Bankruptcy Court**
**Southern District of Iowa**

In re    **Mark Henry Shelton**
         **Gail Ann Shelton**
_____    Case No. _____
                                  Debtor(s)    Chapter    **7**    _____

**<u>VERIFICATION OF MASTER ADDRESS LIST</u>**
**<u>ON PAPER (CREDITOR MATRIX)</u>**


         I (we) declare under penalty of perjury that I (we) have read the attached Master Address

List (creditor matrix), consisting of __8__ pages, and that it is true and correct to the best of my

(our) knowledge, information, and belief.



Date:  **November  8, 2024**
_____    **/s/ Mark Henry Shelton**
                                   _____
                                   **Mark Henry Shelton**
                                   Signature of Debtor

Date:  **November  8, 2024**
_____    **/s/ Gail Ann Shelton**
                                   _____
                                   **Gail Ann Shelton**
                                   Signature of Debtor









VER_MTRX (Rev. 04/00)

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319

A.R.M. Solutions Inc
PO Box 2929
Camarillo, CA 93011

ABC Disposal Systems
1191 Ingelside Dr SW, Bldg 1200
Cedar Rapids, IA 52404

Advertising Specialty Institute
Attn: Bankruptcy
4800 E Street Rd
Trevose, PA 19053

Ainsworth Gorkin, PLLC
Yeshaya Gorkin
PO Box 605
New York, NY 10038

Alliance Funding Group
Attn: Bankruptcy
17542 17th St, #200
Tustin, CA 92780

AlphaGraphics of North Liberty
1325 Kennel Court
North Liberty, IA 52317

Amazon Prime
Attn: Bankruptcy
1260 Mercer St
Seattle, WA 98109

American Express
PO Box 60189
City of Industry, CA 91716

American Express
Attn: Bankruptcy Dept.
P. O. Box 981537
El Paso, TX 79998

Ascentium Capital
Attn: Bankruptcy
PO Box 11047
Birmingham, AL 35246-3059

Atradius Collections
c/o Kimberly Groberski
3500 Lacey Rd., Ste. 220
Downers Grove, IL 60515

Bank of America
Attn: Bankruptcy
100 North Tryon St
Charlotte, NC 28255

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bankers Trust
Attn: Bankruptcy
221 3rd Avenue SE
Cedar Rapids, IA 52406

Blue Prime Playing Cards
Attn: Adam Levy
535 Park Ave
Glencoe, IL 60022

Bradee J. Greene
603 1st Street E
Newhall, IA 52315

Breakout Capital, LLC
1451 Dolley Madison Blvd., Ste. 200
Mc Lean, VA 22101

Cade Ealy
1291 Elmhurst Dr NE
Cedar Rapids, IA 52402

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Casey M. Ealy
1722 Aaron Dr NW
Cedar Rapids, IA 52405

Casey's
PO Box 1239
Covington, LA 70434

Channel Partners Capital, LLC
10900 Wayzata Blvd., Ste. 300
Minnetonka, MN 55305

Channeled Resources, Inc.
2501 W. Washington Blvd., Ste. 500
Chicago, IL 60612

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citi Card
PO Box 790046
Saint Louis, MO 63179

City Laundering
1700 S Fredrick Ave
Oelwein, IA 50662

Clearview Funding Solutions, LLC
99 Washington Ave., Ste. 805a
Albany, NY 12210

Clover Imaging Group
c/o Brandie Piper
PO Box 775576
Chicago, IL 60677-5576

Culligan of Marion
4855 Chandler Ct
Marion, IA 52302

De Lage Landen Financial Services, Inc.
PO Box 2000
Johnston, IA 50131

Delta Dental
PO Box 9010
Johnston, IA 50131

Diana K. Collins
1400 English Blvd
Marion, IA 52302

Diversified Labeling Solutions Inc
1285 Hamilton Pkwy
Itasca, IL 60143

EGS Financial Care Inc
2085 Lynnhaven Pkwy Ste 106-601
Virginia Beach, VA 23456

FedEx
US Collections Dept
PO Box 94515
Palatine, IL 60094-4515

Feiereisen, Inc.
Attn: Greg Ortmann
5203 16th Ave SW
Cedar Rapids, IA 52404

Flexcon Co, Inc.
c/o Wendy Miner
1 Flexcon Industrial Park
Spencer, MA 01562

FNB Omaha
Attn: Bankruptcy
PO Box 3128
Omaha, NE 68103

FNBO
PO Box 2557
Omaha, NE 68103-2557

Great America/ Inteconnex
625 1st St. SE, Ste. 800
Cedar Rapids, IA 52401

GreenState Credit Union
Attn: Bankruptcy
PO Box 925
North Liberty, IA 52317

GreenState Credit Union
PO Box 800
North Liberty, IA 52317

Greg Blasen
1814 Hamer Dr NW
Cedar Rapids, IA 52405

Hiawatha Water & Sewer Dept
Attn: Bankruptcy
101 Emmons St
Hiawatha, IA 52233

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Attorney General of iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319

Jeff Novak
4425 Council St NE
Cedar Rapids, IA 52402

Jon E. Faircloth
1967 C Ave NE
Cedar Rapids, IA 52402

JP Gasway
1460 Sherman Rd.
Hiawatha, IA 52233

JP Morgan Chase Bank
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Kalyn M. Collins-Grover
1210 B Ave
Marion, IA 52302

Kendra Preston
1067 Lyndhurst Dr
Hiawatha, IA 52233

Krista Ulrich
3716 Sprucewood Dr NE
Cedar Rapids, IA 52402

Lieberman & Klestzick LLP
c/o Yonatan Klestzick
381 Sunrise Hwy, 3rd Flr
Lynbrook, NY 11563

Lou Helmer
1719 12th Ave SW
Cedar Rapids, IA 52404

Matthew C Ash
190 27th St NW
Cedar Rapids, IA 52405

Matthew Weisbein
811 Kirkwood Blvd SW #316
Cedar Rapids, IA 52404

Maxcess
Attn: Bankruptcy
1211 W 22nd St #804
Oak Brook, IL 60523

MidAmerican Engery
Attn: Bankruptcy
PO Box 657
Des Moines, IA 50306-0657

```
Miles & Stockbridge P.C.
c/o Teresa Azzam
1751 Pinnacle Dr., Ste. 1500
Tysons Corner, VA 22101

Millennium Digital Services Inc
1420 Stamy Rd
Hiawatha, IA 52233

Mr. Advance, LLC
35-12 19th Ave., Ste. 3w
Astoria, NY 11105

Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501

OnDeck
Attn: Bankruptcy
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009

Open Text, Inc.
c/o JP Morgan Lockbox
24685 Network Place
Chicago, IL 60673-1246

Paul Zenisek
2889 Alleghany Dr NE
Cedar Rapids, IA 52402

Precision Graphics
PO Box 13183
Green Bay, WI 54307

Rebecca Drahos
3270 Otter Rd
Toddville, IA 52341

Rotometrics
800 Howerton Lane
Eureka, MO 63025

Scott Shelton
2011 Hallbrook St SW
Cedar Rapids, IA 52404

Shane T. Preston
1067 Lyndhurst Dr
Hiawatha, IA 52233

Shelton Toner Technology, Inc.
1420 Stamy Rd
Hiawatha, IA 52233
```

Six Graphics
Attn: Jose Garcia, CEO
848 Brikell Ave, Ste 950
Miami, FL 33131

Smith Mills Law
c/o Charles Blades
118 3rd Ave. SE, Ste. 200
Cedar Rapids, IA 52401

Square Advance
90 E. Halsey Rd.,
Parsippany, NJ 07054

Stericycle / Shred-it
Attn: Collections Dept.
28883 Network Place
Chicago, IL 60673-1288

Steven Zakharyayev
10 W. 37th St., Rm 602
New York, NY 10018

Strategic Print Solutions, Inc
1420 Stamy Rd
Hiawatha, IA 52233

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

The Commercial Collection Corp of N.Y.,
34 Seymour St.
Tonawanda, NY 14150

Uline, Inc.
Attn: Nancy Halcom
12575 Uline Dr
Pleasant Prairie, WI 53158

UPS
Attn: Bankruptcy
2085 Lynnhaven Pkwy, Ste 106-601
Virginia Beach, VA 23456

US Small Buisness Administration
210 Walnut St., Ste. 749
Des Moines, IA 50309

Von Maur
Attn: Bankruptcy
6565 North Brady St
Davenport, IA 52806

```
WardKraft Family
Attn: Carla Guss
2401 Cooper St
Fort Scott, KS 66701

Wellmark
Po Box 9232
Des Moines, IA 50306

Whitfield & Eddy PLC
c/o Tom Burke
699 Walnut St., Ste. 2000
Des Moines, IA 50309

Wolverton
6714 Chancellor Dr.
Cedar Falls, IA 50613

Zwicker & Associates, PC
Attorneys at Law
80 Minuteman Road
Andover, MA 01810-1031
```