UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| MARK HENRY SHELTON and GAIL ANN SHELTON, | Case No. 24-01625-lmj |
| Debtor. | AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS |

COME NOW the Debtors, Mark Henry Shelton and Gail Ann Shelton (the "Debtors"), by and through their undersigned counsel, and amends their Statement of Financial Affairs (Doc. 1).

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

1. The Debtors inadvertently omitted the sale of a nine (9) month old French Brittany Spaniel puppy in March of 2024. While Mark Shelton has raised and trained hunting dogs over the years, doing so was not his primary business; therefore, it is arguable that the sale of this particular puppy may be outside of the ordinary course of business and was within the last two (2) years. Accordingly, out of an abundance of caution, the Debtors amend their Statement of Financial Affairs, Part 7: No. 18 to add the following:

| | | | |
|---|---|---|---|
| Joe Morrow | 9 month old French Brittany Spaniel puppy | Received $1,000.00 | March 2024 |

## SUMMARY OF ASSETS AND LIABILITIES

2. Attached is the Debtors' Summary of Assets and Liabilities. The Debtor's assert that no changes have been made to it.

## DECLARATION

We, the undersigned Debtors, verify that the information set forth herein and in the attachment is true and correct to the best of our knowledge. We further state that in all other respects, the Statement of Financial Affairs, Summary of Assets and Liabilities, and all other Schedules previously filed herein remain unchanged.

Dated this 7th day of December 2024.

_____           _____
Mark H. Shelton                                             Gail A. Shelton

Respectfully submitted,

DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin   AT0005050
PO Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December 2024, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Southern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Ashley N. Sharp

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark** | **Henry** | **Shelton** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Gail** | **Ann** | **Shelton** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number: **24-01625-7**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $ **760,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $ **70,492.91**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $ **830,492.91**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ **223,546.52**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............. $ **64,438.95**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... $ **4,135,702.14**

   **Your total liabilities**  $ **4,423,687.61**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................. $ **8,622.33**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*............................................................ $ **6,765.88**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1  **Mark Henry Shelton**
Debtor 2  **Gail Ann Shelton**                                          Case number *(if known)* **24-01625-7**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |